UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

XL FOAM, LLC,
       Plaintiff

v.                                          No. 6:13-CV-1301 NAM/TWD

MARIA C. SMITH,
       Defendant

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Now come the plaintiff, XL Foam, LLC, and the defendant, Maria C. Smith, the parties to the above action, and stipulate pursuant to Northern District of New York Local Rule 41.3 that all claims and counterclaims be dismissed with prejudice and without costs.

The parties waive all rights of appeal. No party hereto is an infant or incompetent.

Dated: July 9th, 2014

Respectfully submitted,

EDWARD J. SYLVIA & ASSOC.          THE LAW OFFICE OF
                                                     STEVEN D. GREENBLATT, PLLC

/s/Edward J. Sylvia, Jr.                 /s/Steven D. Greenblatt
By: Edward J. Sylvia, Jr., Esq.         By: Steven D. Greenblatt, Esq.
     N.Y. Bar Roll #603011                 New York Bar Roll #302621
     558 Pleasant Street, Suite 201          480 Broadway, Suite 328
     New Bedford, MA 02740               Saratoga Springs, New York 12866
     Phone: (508) 999-1913                 Tel. (518) 824-1254
     Fax: (508) 992-3175                    Fax. (518) 824-5704
     edwardsylvia@sylviaassoc.comcastbiz.net,    sgreenblatt@sdgesq.com

*Attorneys for Plaintiff XL Foam, LLC*       *Attorneys for Defendant Maria C. Smith*

SO ORDERED:

_____
U.S.D.J.